**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Christine Louise Hatter          BK NO. 17-00753 HWV
             Debtor(s)

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
08 Oct 2021, 12:19:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:17-bk-00753-HWV    Doc 38    Filed 10/08/21    Entered 10/08/21 12:31:58    Desc
Main Document     Page 1 of 1
Document ID: 8480621075d4ec3705ef92a4309f052dc0a4ecd7f5d612d3f3c85e2d5f83ba90